IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.

RAY ROBISON and
HELEN ROBISON,

        Plaintiffs,

vs.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

        Defendant.

_____/

## COMPLAINT

Plaintiffs, **RAY ROBISON AND HELEN ROBISON,** by and through undersigned counsel, hereby sue Defendant, **LIBERTY MUTUAL FIRE NSURANCE COMPANY,** and in support thereof alleges as follows:

1. This is an action for an amount greater than $50,000.00 (FIFTY THOUSAND DOLLARS), exclusive of attorney fees, costs, and interest.

2. At all times material hereto, Plaintiffs were and are residents of Orange County, Florida, and *sui juris*.

3. At all times material hereto, Defendant was and is an insurance company authorized to and did write homeowners insurance policies within the State of Florida, and specifically within Pasco County, Florida.

4. At all times material hereto, Plaintiffs were the owners of the property located at 2118 Brookview Drive, Winter Park, Florida 32792, Orange County, Florida.

1

5. At all times material hereto, the subject property was insured under a policy of insurance issued by Defendant to Plaintiffs, specifically, policy number H3225106570260. Said policy is incorporated herein in its entirety pursuant to Fla. R. Civ. P. 1.130; further, Defendant has a copy of said policy in its possession.

6. At all times material hereto, the policy of insurance was in full force and effect.

7. The policy of insurance provides, in pertinent part, that Defendant provides coverage for property damage, including contents, rendered to Plaintiffs' property that is the result of an accident, whether natural in cause or not, and the policy is required to comply with the provisions of Florida law.

8. On or about April 11, 2021, Plaintiffs' property was damaged directly and/or indirectly by winds caused directly or indirectly by hail.

9. As a result thereof, Plaintiffs sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures, along with additional living expenses incurred.

10. Plaintiffs gave timely notice to Defendant of such loss, and did thereafter deliver to Defendant a full and particular account of Plaintiff's expenses and losses as a result of the loss.

11. Defendant assigned claim number 050787525 to identify the loss.

12. Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiffs damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiffs' contract with Defendant.

13. All conditions precedent to the filing of this action have been complied with, met, or otherwise waived.

14. Defendant's conduct has caused Plaintiff to retain the services of the undersigned counsel to prosecute this action, and Plaintiffs are entitled to attorney fees and costs pursuant to Florida law, and specifically pursuant to Section 627.428 and/or Section 626.9373, Florida Statutes.

**WHEREFORE**, based on the foregoing, Plaintiffs, **RAY ROBISON AND HELEN ROBISON, d**emand judgment against Defendant, **LIBERTY MUTUAL FIRE INSURANCE COMPANY,** for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable as a matter of right.

**DATED** this 2nd day of November, 2023.

**By:   /s/Edgar Kelly**
Edgar Kelly, Esquire
Florida Bar No.: 116200
ekelly@kellylawfl.com

By: /s/ Casey Eldemire
Casey Eldemire, Esquire
Florida Bar Number :  113271

**KELLY LAW OFFICE**
2307 Douglas Road
Suite 202
Miami, Florida  33145
Phone: (305) 828-2888
e-Service: ekelly@kellylawfl.com